# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| PEARL IP LICENSING LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:21-cv-344-JDK |
| | § | |
| AAON INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER CLOSING CASE

Before the Court is Plaintiff Pearl IP Licensing LLC's notice of dismissal without prejudice (Docket No. 5). As per the stipulation, and because Defendant AAON Inc. has not served either an answer or a motion for summary judgment, all claims in this case are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **1st** day of **December, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE